**Joseph C. SUN, Plaintiff—Appellant,**

v.

**TOWN OF JACKSON; J.M. Hess; Dennis Rushton, Defendants— Appellees.**

No. 05–1719.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 28, 2005.

Decided Dec. 9, 2005.

Joseph C. Sun, Appellant Pro Se. Vinton DeVane Lide, Vinton D. Lide & Associates, Lexington, South Carolina, for Appellees.

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph C. Sun appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sun v. Town of Jackson*, No. CA–04–684–1–RBH (D.S.C. June 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*